Charles O. Thompson (SBN 139841)
Erik J. Christensen (SBN 314595)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Facsimile: 415.707.2010
Charles.Thompson@gtlaw.com
Erik.Christensen@gtlaw.com

Attorneys for Defendants COGSWELL COLLEGE, LLC,
BRAD PALMER, AND PALM VENTURES, LLC

Louis "Chip" Edleson (SBN 097195)
ce@erhlawfirm.com
Joann F. Rezzo (SBN 185675)
joann@erhlawfirm.com
Jesse Hindman (SBN 222935)
jesse@erhlawfirm.com
225 Broadway, Suite 2220
San Diego, CA 92101-8567
Telephone:  619.230.8402

Attorneys for Plaintiff CHARLES RESTIVO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| CHARLES RESTIVO,<br><br>          Plaintiff,<br><br>v.<br><br>COGSWELL COLLEGE, LLC, doing business as the University of Silicon Valley, BRAD PALMER, PALM VENTURES, LLC, and DOES 1 to 5,<br><br>          Defendants. | Case No. 5:23-cv-01548-BLF<br><br>*Honorable Beth Labson Freeman*<br><br>**JOINT STIPULATION TO SET AND ATTEND SETTLEMENT CONFERENCE**<br><br>Removed from the Superior Court of the State of California, Case No. 23CV411826<br><br>State Court Action Filed: February 14, 2023<br>Removal Filed:          March 31, 2023 |

**IT IS HEREBY STIPULATED** by and between Plaintiff Charles Restivo ("Plaintiff"), Defendants Cogswell College, LLC, Brad Palmer, and Palm Ventures, LLC ("Defendants", and together with Plaintiff, the "Parties"), by and through their counsel of record as follows:

**WHEREAS**, on February 14, 2023, Plaintiff filed his individual claims for unpaid wages, breach of contract, and fraud in the Superior Court of California, County of Santa Clara;

**WHEREAS**, on March 31, 2023, Defendants removed this case to the United States District Court for the Northern District of California;

**WHEREAS**, on April 21, 2023, Defendants filed their Motion to Dismiss this case, which was fully briefed on May 12, 2023, but is not set for hearing until September 14, 2023;

**WHEREAS**, the Parties wish to engage in early mediation in hope of resolving their dispute;

**IT IS HEREBY STIPULATED** that the Parties, by and through their counsel of record, move this Court for an order compelling them to attend a settlement conference with Magistrate Judge Joseph Spero, or such other mediator as this Court may appoint, prior to September 14, 2023, the hearing date for Defendants' Motion to Dismiss.


Dated:  May 25, 2023                    GREENBERG TRAURIG, LLP


By /s/ Charles O. Thompson
                 Charles O. Thompson
                 Erik J. Christensen
                 Attorneys for Defendants COGSWELL
                 COLLEGE, LLC, BRAD PALMER, AND PALM
                 VENTURES, LLC

///

JOINT STIPULATION TO SET AND ATTEND SETTLEMENT CONFERENCE

Dated:  May 25, 2023                    EDLESON, REZZO & HINDMAN


By /s/ Louis Edleson
Louis "Chip" Edleson
Joann F. Rezzo
Jesse Hindman
Attorneys for Plaintiff CHARLES RESTIVO

Pursuant to Local Rule 5-1(h)(3), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

JOINT STIPULATION TO SET AND ATTEND SETTLEMENT CONFERENCE