# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHARLES RESTIVO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COGSWELL COLLEGE, LLC, et al.,<br><br>　　　　Defendants. | Case No.  23-cv-01548-BLF<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE JOSEPH C. SPERO FOR SETTLEMENT**<br><br>[Re: ECF No. 13] |

At the parties' joint request (ECF No. 13), this case is REFERRED to Magistrate Judge Joseph C. Spero for settlement. The parties shall contact Judge Spero's Courtroom Deputy Clerk regarding scheduling.

**IT IS SO ORDERED.**

Dated:  May 26, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge