LOUIS "CHIP" EDLESON (SBN 097195)
EDLESON, REZZO & HINDMAN
225 Broadway, Suite 2220
San Diego, California 92101
Telephone: (619) 230-8402
E-mail: ce@erhlawfirm.com

Attorney for Plaintiff
CHARLES RESTIVO

CHARLES O. THOMPSON (SBN 139841)
ERIK J. CHRISTENSEN (SBN 314595)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: (415) 655-1300
Facsimile:  (415) 707-2010
E-mail:  Charles.Thompson@gtlaw.com
         Erik.Christensen@gtlaw.com

Attorneys for Defendants
COGSWELL COLLEGE, LLC, BRAD PALMER,
 and PALM VENTURES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES RESTIVO,<br><br>             Plaintiff,<br><br>     v.<br><br>COGSWELL COLLEGE, LLC doing business as the University of Silicon Valley, BRAD PALMER, PALM VENTURES, LLC and DOES 1 to 5,<br><br>             Defendants. | Case No. 5:23-cv-01548-PCP<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING FURTHER SETTLEMENT CONFERENCE AND ALL RELATED DEADLINES TO PERMIT CASE DISCOVERY AND TO ACCOMMODATE TRANSITION OF NEW COUNSEL OF RECORD FOR DEFENDANTS COGSWELL COLLEGE, LLC AND BRAD PALMER**<br><br>Complaint Filed:  February 14, 2023<br>Removal Filed:   March 31, 2023<br>Trial Date:         Not Set |

-1-
JOINT STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER SETTLEMENT CONFERENCE AND RELATED DEADLINES

Plaintiff Charles Restivo ("Plaintiff") and Defendants Cogswell College, LLC, Brad Palmer, and Palm Ventures, LLC (collectively, "Defendants") submit the following stipulation and joint request for continuance of the Further Settlement Conference currently set for December 6, 2023 and all related deadlines until Thursday, March 14, 2024 to permit the Parties to engage in additional case discovery and to accommodate the transition of new counsel of record for Defendants Cogswell College, LLC and Brad Palmer, as follows:

**WHEREAS**, on February 14, 2023, Plaintiff filed his Complaint for unpaid compensation, breach of contract, and fraud in the Santa Clara Superior Court;

**WHEREAS**, on March 31, 2023, Defendants removed this case to the U.S. District Court for the Northern District of California;

**WHEREAS**, on May 25, 2023, the Parties agreed to engage in early mediation of the asserted claims, and submitted a Joint Stipulation requesting that the Court issue an order compelling the Parties to attend a Settlement Conference with Magistrate Judge Joseph C. Spero;

**WHEREAS**, on May 26, 2023, the Court issued an Order referring this matter to Magistrate Judge Joseph Spero for Settlement Conference, which the Clerk subsequently noticed for August 9, 2023.

**WHEREAS**, following submission of their respective briefs, the Parties participated in the August 9, 2023 Settlement Conference before Magistrate Judge Spero, and the case did not settle at that time due, in part, to the Parties' need for additional case discovery;

**WHEREAS**, on August 10, 2023, Magistrate Judge Spero ordered a Further Settlement Conference for December 6, 2023 at 10:30 a.m., with updated Settlement Conference Statements and lists of names and e-mail addresses for those participating in the Further Settlement Conference to be submitted by the Parties on November 29, 2023;

**WHEREAS**, Defendants Cogswell College, LLC and Brad Palmer wish to substitute their counsel of record, and attorneys from Jackson Lewis P.C. are currently in the process of finalizing their joint representation of such Defendants and intend to submit a Notice of Withdrawal and Substitution of Counsel in the near future; and

///

1  **WHEREAS**, the Parties' counsel have met and conferred regarding case discovery issues and the appropriate timing for a Further Settlement Conference before Magistrate Judge Spero, particularly in light of the imminent substitution of new counsel of record for Defendants Cogswell College, LLC and Brad Palmer in this matter;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between the Parties hereto, through their respective attorneys of record, as follows:

1. The current December 6, 2023 Further Settlement Conference before Magistrate Judge Joseph C. Spero should be continued until <u>Thursday, March 14, 2024 at 10:00 a.m. (Pacific),</u> to permit appropriate case discovery and the transition of Defendants' new counsel of record; and

2. The current November 29, 2023 deadline for the Parties to submit updated Settlement Conference Statements and their respective lists of names and e-mail addresses for those participating in the Further Settlement Conference also should be continued until <u>Thursday, March 7, 2023</u> to comport with the rescheduled Further Settlement Conference.

**IT IS SO STIPULATED.**

Dated:  November 13, 2023            EDLESON, REZZO & HINDMAN

                                     */s/ Louis "Chip" Edleson*
                                     By:_____
                                         LOUIS "CHIP" EDLESON

                                     Attorneys for Plaintiff
                                     CHARLES RESTIVO

Dated:  November 13, 2023            GREENBERG TRAURIG, LLC

                                     */s/ Charles O. Thompson*
                                     By: _____
                                         CHARLES O. THOMPSON
                                         ERIK CHRISTENSEN

                                     Attorneys for Defendants
                                     COGSWELL COLLEGE, LLC, BRAD
                                     PALMER, and PALM VENTURES, LLC

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule Section 5.1 (i)(3), I hereby certify that the content of this document is acceptable to Charles O. Thompson, counsel for Defendants Cogswell College, LLC, Brad Palmer and Palm Ventures, LLC and I have obtained Mr. Thompson's authorization to affix his electronic signature to this document.

Dated:  November 13, 2023

*/s/ Louis "Chip" Edleson*
Louis "Chip" Edleson

## [PROPOSED] ORDER

After considering the Parties' Joint Stipulation, and for good cause appearing, the Court hereby orders as follows:

1. The Further Settlement Conference currently scheduled for December 6, 2023 is hereby continued and rescheduled to occur via Zoom on Thursday, March 14, 2024 at 10:00 a.m. (Pacific), **Zoom Meeting ID: 161 664 4640. Passcode: 841312**; and

2. The Parties shall submit updated Settlement Conference Statements and their respective lists of names and e-mail addresses for those participating in the Further Settlement via e-mail to JCSSettlement@cand.uscourts.gov by no later than Thursday, March 7, 2024.

**IT IS SO ORDERED.**

Dated: November 14, 2023.     By: _____
U.S. MAGISTRATE JUDGE JOSEPH C. SPERO