LOUIS "CHIP" EDLESON (SBN 097195)
EDLESON, REZZO & HINDMAN
225 Broadway, Suite 2220
San Diego, California 92101
Telephone: (619) 230-8402
E-mail: ce@erhlawfirm.com

Attorney for Plaintiff
CHARLES RESTIVO

CHARLES O. THOMPSON (SBN 139841)
MELISSA J. KENDRA (SBN 291905)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: (415) 655-1300
Facsimile:  (415) 707-2010
E-mail:  Charles.Thompson@gtlaw.com
         Melissa.Kendra@gtlaw.com

Attorneys for Defendant
PALM VENTURES, LLC

CAROLYN G. BURNETTE (SBN 191294)
SAMUEL J. MASELLI (SBN 219503)
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile:  (916) 341-0141
E-mail:  Carolyn.Burnette@jacksonlewis.com
         Samuel.Maselli@jacksonlewis.com

Attorneys for Defendants
COGSWELL COLLEGE, LLC and
BRAD PALMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES RESTIVO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COGSWELL COLLEGE, LLC doing business as the University of Silicon Valley, BRAD PALMER, PALM VENTURES, LLC and DOES 1 to 5,<br><br>　　　　　Defendants. | Case No. 5:23-cv-01548-PCP<br><br>**JOINT STIPULATION TO DISMISS CAUSES OF ACTION AS ALLEGED AGAINST DEFENDANT PALM VENTURES, LLC WITHOUT PREJUDICE**<br><br>Complaint Filed:　February 14, 2023<br>Removal Filed:　　March 31, 2023<br>Trial Date:　　　　Not Set |

Plaintiff Charles Restivo ("Plaintiff") and Defendants Cogswell College, LLC, Brad Palmer, and Palm Ventures, LLC (collectively, "Defendants") stipulate that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all causes of action alleged against Defendant Palm Ventures, LLC are dismissed without prejudice *only* as to Defendant Palm Ventures, LLC in civil action 5:23-cv-01548.

**IT IS SO STIPULATED.**

Dated: December 5, 2023

EDLESON, REZZO & HINDMAN

By: _____
LOUIS "CHIP" EDELSON

Attorneys for Plaintiff
CHARLES RESTIVO

Dated: December 5, 2023

GREENBERG TRAURIG, LLC

By: _____
CHARLES O. THOMPSON
ERIK CHRISTENSEN

Attorneys for Defendant
PALM VENTURES, LLC

Dated: December 5, 2023

JACKSON LEWIS P.C.

By: _____
CAROLYN G. BURNETTE
SAMUEL J. MASELLI

Attorneys for Defendants
COGSWELL COLLEGE, LLC and
BRAD PALMER