# JacksonLewis

**Jackson Lewis P.C.**
400 Capitol Mall, Suite 1600
Sacramento CA  95814
(916) 341-0404 Direct
(916) 341-0141 Fax

January 8 , 2023

**VIA ELECTRONIC SUBMISSION**

The Honorable P. Casey Pitts
United States District Court Judge
San Jose Courthouse, Courtroom 8, 4th Floor
280 South First Street, San Jose, CA  95113

      RE:    *Charles Restivo v. Cogswell College, LLC et al.*
                N.D. Cal. Case No. 5:23-cv-01548-PCP

Dear Your Honor:

      The parties hereby certify that the concurrently filed Stipulation and [Proposed] Protective Order Regarding the Use and Handling of Case Documents and Information (the "Stipulation"), which adopts the content of the Court's model stipulated protective order, makes no changes in content relative to the model stipulated protective order provided on the website for the U.S. District Court for the Northern District of California, except for the caption page providing case information, the title of the document, and insertion of the names of undersigned counsel for purposes of executing the Stipulation.

      Thank you very much for your time and attention to this matter. Please not hesitate to contact me to the extent Your Honor's has any questions.

      Very truly yours,

      JACKSON LEWIS P.C.

      */s/ Samuel J. Maselli*

      Samuel J. Maselli

cc:      Louis "Chip" Edleson, Esq.