UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RESTIVO,<br><br>    Plaintiff,<br><br>v.<br><br>COGSWELL COLLEGE, LLC, et al.,<br><br>    Defendants. | Case No. 23-cv-01548-PCP<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND DENYING MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 10, 35 |

The Case Management Conference set for January 23, 2024 is vacated pursuant to the parties' stipulation, Dkt. No. 35. Given the parties' upcoming further settlement conference, defendants' motion to dismiss (which was filed in April 2023 and was never renoticed after the original hearing was vacated upon reassignment of the matter in August 2023), Dkt. No. 10, is denied without prejudice. Defendants may renotice the motion for hearing following the settlement conference, and no further briefing in support of or opposition to the motion will be required. The parties shall submit a further Joint Case Management Statement by April 18, 2024 setting forth the status of their settlement discussions and, if necessary, their proposed case schedule and any anticipated motions.

**IT IS SO ORDERED.**

Dated: January 9, 2024

P. Casey Pitts
United States District Judge