**EDLESON & HINDMAN**
Louis "Chip" Edleson (Bar No. 097195)
ce@erhlawfirm.com
Jesse Hindman (Bar No. 222935)
jesse@erhlawfirm.com
225 Broadway, Suite 2220
San Diego, CA  92101
Tel: 619-230-8402

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CHARLES RESTIVO, | CASE NO. 5:23-CV-01548-PCP |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME AND CHANGE OF RESPONSIBLE ATTORNEY** |
| v. | |
| COGSWELL COLLEGE, LLC doing business as the University of Silicon Valley, BRAD PALMER, PALM VENTURES, LLC and DOES 1 to 5, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT effective immediately the firm Edleson, Rezzo & Hindman has changed its name to **EDLESON & HINDMAN**.  Attorney Joann Rezzo has retired from the firm and is no longer associated with the firm.  Please update your records to remove Joann Rezzo from service lists, notices and any and all communication pertaining to this case.

The address and email addresses for Louis "Chip" Edleson and Jesse Hindman remain unchanged.  The firm phone number is (619) 230-8402.


Dated: January 11, 2024                                   EDLESON & HINDMAN


                                              By   s/ Louis "Chip" Edleson
                                                   Louis "Chip" Edleson
                                                   Jesse Hindman
                                                   Attorneys for Plaintiff

Notice of Change of Firm Name and Change of Responsible Attorney